UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD GEORGE DONLEY,            )
                                 )
             Plaintiff,          )         Case No. 1:07-cv-1034
                                 )
v.                               )         Honorable Wendell A. Miles
                                 )
MARY BERGHUIS et al.,            )
                                 )
             Defendants.         )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b), and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: December 11, 2007                    /s/ Wendell A. Miles
                                            Wendell A. Miles
                                            Senior United States District Judge